United States District Court
For The Northern District of Texas

FILED-USDC-NDTX-DA
'26 MAR 27 PM12:42
KM

Pro Se Litigant

Ms. Eddie L. Pratt

Gender Bias

03/28/26

Arlington TX

Vs.

Defendant

BEST Crowd Management,

a Garda world company

3-26CV0984-K

To the Honorable Judge may I prove my case of Obstruction of Justice and;

# Age Discrimination in Employment Act of 1967

Researchers identified 30 characteristics that women say were used against them in the workplace, including age, and pay, attractiveness and body size. These are the owner rules Mr. Jerry Jones. Everyone must look like the Cowboy Cheerleaders stander. (Best work for AT&T Stadium Security).

Hired in date 5/6/2024 social security number read terminated, rehire, and clock-in, clock-out, the issue was low priority, and it was never corrected. "Eric Setzler manager." Everyone saw one word "terminated." I have never been written up or late for work since I been working for Best.

As of today 7/28/25, I didn't get paid which happens frequently.

Now I must go to the office to try to get paid, because of my social security Number read terminated year 2024 I didn't get paid, but they have me down as a no call and show false accusation. They didn't correct the issue because of low priority. And most of the time I was not on the schedule year of 2024. Now in 2025 the same thing is happening again the beginning of harassing Age

Discrimination and speaking of civil rights violations. There are men who are diabetics, and have disabilities but they are accommodated. Management Ms. Kewanna Kennedy reminds me these are male dominant jobs, but I replied, "Fairness and Equality still apply". I have never been late nor written up since I been at been at Best.

I went to fill out paperwork to retain my paycheck no one was in the office as usual. I went to the office on the 7/29/25 to give them my Dr. statement, and I check Daily pay for 7/28/35 didn't pay for that day I went home sick (Retaliation). I went into the office a week later to check my pay, (Exhibit A) Ms. Kewanna Kenndy manager said I was terminated, and she handed me two sheet paper from Garda world payroll. Which was fraudulent and it not my unemployment verification 404-382-5400).

Heat exhaustion is a condition that happens when your body Overheating Symptoms may include heavy sweating and a rapid pulse. Heat Exhaustion is one of three heat-related illnesses, with heat cramps being the mildest and heatstroke being the most serious. Causes of

heat illness includes exposure to high temperatures, particularly when there is also high humidity, and strenuous physical activity. Without prompt treatment, heat exhaustion can lead to heatstroke, a life-threatening condition. I'm a Diabetic and Heart condition and the women and men some has the same condition are working inside, there were no ADA accommodation for me. (Discrimination). Workplace discrimination occurs when an employee or applicant is treated differently or unfairly due to their membership, sex, gender in a protected class. The protected classes are group of people who are legally protected against discrimination based on their race, ethnicity, natural origin, sex, gender identity, religion, disability or age.

.

## Thompson v. North American Stainless, LP (2002) – Gender-Based Discrimination

Eric Thompson and his fiancée, Miriam Regalado, both worked for North American Stainless in a manufacturing facility in Kentucky.

In September 2002, **Regalado filed a complaint** with Equal Employment Opportunity Commission (EEOC) **alleging gender-based discrimination by her supervisors.**

Three weeks after North American Stainless became aware of the charge, they fired Thompson in retaliation. Thompson then filed a complaint, stating that the

company violated section 704(a) of Title VII.

Initially, the District Court and the 6th Circuit Court of Appeals dismissed Thompson's case since it was a "third-party retaliation claim."

However, in a **unanimous 8-0 the ruling**, the U.S. Supreme Court found that Title VII's anti-retaliation provisions cover "a broad range of employer conduct." Since North American Stainless fired Thompson to punish Regalado, the U.S. Supreme Court ruled that they performed an unlawful act under Title VII.

Now let's look at Males security and with experience gets paid $20.per hour And younger women. Now a Female security (senior) with experience gets $16.per hour

hour. Things have gotten worse for me, I brought a doctor's statement in stating I'm under Dr. care. I didn't work at all and no pay, but they kept me down as not Schedule.

They took my private bank statement and gave them to another bank, and transferred it to Dailey pay without my consent which is (fraud, deceit, and trickery). However, they always cheated you out of your money also. It was done without me knowing anything about it's my personal business my Bank account information. I was hired and fired the same day, my first badge read (Terminated rehired clock in and clock out). I don't know who is paying me cause I cancelled Daily Pay in the month of August and now Best they are trying to fire

me. Seldom got paid from 5th of May 2024 to 9th September 2025, my supervisors are 19 to 25 years of age I was always pass over for promotions. Supervisor Name is Louis Perri he is manager over Security he never returns my calls and texts I'm consider as low priority. Most men are inside the building, and most are women outside the building. I'm under doctor's care, low priority "Louis Perri manager" I bought my doctor's statement in and gave it to management and was Fired couple week later. Management block: September 28, 2025

ABIMM RT =ABI. So, I can't see the jobs they post. Management transfers banking information without my signature too (Daily pay/Gard world) they are Whelan Event Staffing Service 1699 S Hanley RD #ste 350 Saint Louis, MO 63144. This is the same company which they pay through Gard World, gave to Daily Pay, then they take eight percent for transfer fee, to send money in your Bank, Whelan is double dipping the bank is called Bancot.

In everyday life, you might encounter constructive terms in various legal **contexts, such as property law, contract law, and family law.**

**Understanding**

these terms can help you grasp how the law functions in protecting rights and ensuring justice. It's like safety net that catches those who might otherwise fall through the cracks due to technicalities or oversights.

(Exhibit B) Constructive discharge, also known as constructive termination or constructive dismissal, is a term used in employment law when an employee resigns due to an intolerable work environment created by the employer. Instead of directly terminating the employee, the employer

chooses to create working conditions that are so unbearable such as not paying me when I worked, or possibly
even illegal, that the employee is induced to voluntarily quit their job. Normally, an employee is not eligible for unemployment compensation if they resign from their job. However, if a constructive discharge situation exists, the employee should still qualify for unemployment benefits. When filing their claim with their local unemployment office, the employee should explain that they were forced to resign due to employer misconduct and I endure it all until Best blocked all access. (Exhibit C)

- mistreatment. **Intolerable Working Conditions:** they were objectively unbearable, often requiring evidence such as harassment, retaliation, or extreme employer misconduct. In which I report to a manager Ms. Kewanna Kenndy her reply was "this is a male dominant field and she refuse to sign off on it."

- Best, they never gave me part time work or pay, only sixteen hours a month, or the days I worked.

- know work at all and no pay, not scheduled over sixty days
- Given dirty jobs sitting beside a smelly garbage dumpster
  Working and not getting paid
  Speaking of Discrimination, never address my issues
  Mr. Eric Setzler, Ms. Kewanna Kenndy, or (Mr. Louis Peirra low priority never no communication, and investigations). (No job, no pay and no schedule), They wanted me to quit, because of my age and

health issues, and doctor statement on file which is required according to policy. {Low Priority}

**(Exhibit D) Breach of contract** is a legal cause of action and a type of civil wrong,

in which a binding agreement or bargained-for exchange is not honored by one or more of the parties to the contract by non-performance or interference with the other party's performance. Breach occurs when a party to a contract fails to fulfill its obligation(s), whether partially or wholly, as described in the contract, or communicate with an intent to fail the obligation or otherwise appears not to be able to perform its obligation under the contract. Where there is breach of contract, the resulting damages have to be paid to the aggrieved party by the party breaching the contract.

- Best forge my name on to Daily pay without my consent
- (Exhibit E) Fighting for my unemployment compensation refuse to pay. (deprived) entity is not allowed to certain benefits.
- Abusive of Civil Right
- Most senior women are low priority – there are no investigation
- I was treated like I live in third world country with no accommodation for disability, it was low priority.
- Americans with Disabilities Act of 1990 violation
- Whelan Security Co. (Best) Didn't register for my employment hearing 1/29/2026 @ 9:30 Low priority

# (low priority). 18 U.S. Code § 242 - Deprivation of rights under color of law.

However, I refuse to resign victimization,

**in the workplace occurs when an employee is treated unfairly for making or supporting a complaint about discrimination or harassment, and it is legally defined under the Equality Act 2010.**

## United States v. Kozminski: Defining

The case originated on a dairy farm in Michigan, operated by Ike and Margarethe Kozminski and their son, John. In 1983, authorities discovered two men with intellectual disabilities, Robert Fulmer and Louis Molitoris, living and working on the farm in poor conditions. The men worked seven days a week, often for seventeen hours a day, for little to no pay. They were also provided with inadequate food, housing, and medical care.

## Involuntary Servitude

The Supreme Court case United States v. Kozminski addressed the modern interpretation of "involuntary servitude." It questioned whether psychological coercion, without physical force, could violate federal laws prohibiting slavery. The case arose from circumstances that forced the judiciary to define the limits of servitude under the Thirteenth Amendment

and its enforcing statutes. The prosecution of the Kozminskis was based on sufficient to meet this federal laws, 18 U.S.C. § 241 and 18 U.S.C. § 1584, which make it a crime to hold someone in "involuntary servitude."
The government argued that the Kozminskis' actions involving psychological pressure and exploiting the victims' vulnerabilities, were definition. While the Supreme Court narrowed the judicial definition of involuntary servitude, it noted that Congress had the authority to prohibit other forms of coercion. Congress responded directly to Kozminski ruling by passing the Victims of Trafficking and Violence Protection Act of

2000 (TVPA).

# APACHE CORPORATION v. DAVIS

Supreme Court of Texas (2021)

Labor, Employment & Benefits › ADEA — Age Discrimination

## Facts

The petitioner, Apache Corporation, terminated the respondent, Cathryn Davis, who had worked as a Senior Paralegal.
Davis faced issues at work, including being passed over for a promotion while younger colleagues were promoted, which led to her raising concerns about gender discrimination.
In December 2012, after a series of conflicts with her supervisor, Dominic Ricotta, regarding her work schedule and overtime, Davis sent

Ms. Eddie Pratt

401 Senior Circle DR

Arlington Tex 76010

| Manager | Manager |
|---|---|
| Mr. Eric Setzler | Mr. Louis Pierre |
| eric.setzer@garda.com | |

Title 7 of the Civil Rights Act of 1964 protect individual against employment Discrimination on the race, color, national origin, sex, religion as well as RETALIATION.

My civil rights have been violated through the Employment Act 1967, equal. wage act example senior vs. youth or favoritism, they practice unfair preferential. treatment to one person or group at the expense of another. Yet youth will get paid more for the same jobs; and when they need workers, they get seniors for less pay when young people do not come to work. I hired Best Manager on 6/6/22at Best Manager and went to work at UTA which they sent most seniors because it is low priority low pay; youth hire in they get go to AT&T which is high priority with higher pay. After, I had a conversation about this matter I went straight to the unemployment line. Their youth and favoritism had special training, and I was not asked. They are incredibly young managers men catering to their age group.

Mr. Eric Ssetzler and I had a conversation about civil rights

violation. That's when my retaliation began. My schedule went from
one day a week to twice month.

Then I had to file my unemployment, which made the company angrier. I asked for more time but that didn't happen; so, I worked until I could find something better. But I suffer the mental pain of being depressed; my peers would all asked where I've been. Working four-hour day one day a week was even more depressing while I waited for my unemployment. Even though there was work but it was given to their favorite younger group of people. Also, when the work is almost finish the company would keep the younger people so they could get more time on the clock and let some **seniors go home. The job consists of putting on waist**

band and now some of them were getting paid $15 to $17 dollars an hour and some seniors got paid $13.

I fell down the stairs which was black stairs and got back up and the manager Eric asked was I alright and I replied, "yes I am alright". But I knew they were going to get rede of me. However, he told some people my age, 72 things have changed for me. I was sent back to UTA to work with low priority, that's where they send mostly seniors who they hire with low pay and when I worked for AT&T I was assigned outside as a ticketer with low pay. Most seniors get paid less than the

younger and most men. Now, Best does hire seniors but for less money everyone doesn't get paid the same. I was refused a raise, and my security license

have got paid for some of the jobs as a security officer but not for me.

Even working at UTA and doing all types of jobs usher, crowd management, and bag checking. When you have a security license some jobs pay more than other mostly I was paid $13 for all my work at UTH, also checking bag outside. And no matter what high pay jobs it was, I was not getting paid that amount. ($15-17). My first time working for UTA I noticed walkers, cranes and much older people they were not at AT&T. Now when their favorite comes to work over at UTA some of the pay is different its more. Now the gay groups are upstairs in the Suites at AT&T, youths' group are located downstairs at AT&T Stadium, and the Seniors' groups are located at UTA with lower pay.

***EEOC v. Mechanical Design Systems, Inc*.**, No. 8:22-cv-02463 (D. Md. May 9, 2023) (**HVAC company resolves lawsuit alleging discrimination against female employees paid less than men**). EEOC sued the HVAC design and installation services company, alleging that female project managers were paid much less than male colleagues performing equal work, and in many instances, had more experience and seniority. A three-year consent decree resolving the litigation provides $210,000 in monetary relief to two female employees and requires the company to implement enhanced compensation and discrimination policies, training for human resources and management officials, and notices to employees about their rights. The company also agreed to raise the pay of a still-employed female project manager to correspond with her male counterpart. et al.,

No. 21-cv-02464 (D. Md. Nov. 30, 2022) **(Female employee paid less than male employee and then fired in retaliation)**. The EEOC sued leading auto dealerships in the Baltimore area of Maryland alleging that the dealership paid a female dispatcher hundreds of dollars less each month than a male dispatcher performing equal work and then fired her after she complained. In addition to providing $62,500 in monetary relief to the dispatcher, the two-year consent decree requires the dealership to adopt policies of equal pay for equal work, train its managers and supervisors on preventing sex-based wage discrimination, and report to the EEOC on how it handles any pay discrimination complaints.

(EEOC vs Lilly -Case No. 1-22-cv-01

EEOC's suit, in 2017, Lilly's senior vice president for human resources and diversity recognized at a Leadership Town Hall that Lilly's workforce was composed of older workers. Thereafter, Lilly changed its hiring preferences and intentionally under-hired older candidates for sales representative positions in favor of younger candidates based on age.

Exhibit E

STATE OF TEXAS
CERTIFICATION OF VITAL RECORD

## CITY OF ARLINGTON

FILE NO. 032452-1950

NAME: EDDIE LOUISE PRATT

SEX: FEMALE

DATE OF BIRTH: 03-09-1950

PLACE OF BIRTH: DALLAS COUNTY, TEXAS

FATHER: EDDIE DEAN PRATT

MOTHER: WILLIE MAE BAILEY

DATE FILED: 04-07-1950




0000538561

ELI

THE STATE OF TEXAS

This is a true and correct copy of the record as registered in the State of Texas. Issued under the authority of Section 191.051, Health and Safety Code.

ISSUED Oct 17 2025

Alex Busken
Local Registrar

CITY OF ARLINGTON · ARLINGTON, TEXAS

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# EXHIBIT D

# EXHIBIT C


ESS Login
ess.abimm.com
ESS Login
abi master mind
BEST
Welcome
Please enter your User ID and PIN to proceed.
Your User ID was sent to your email address !
User ID:
PRA******
PIN:
Blocked
Log In
Forgot PIN?
Forgot User Id?
Remember Me
(Mon October 20, 2025 11:38 am - s6.65.15.40060)
S22

EXHIBIT B

To it may concern;

When someone tells you they are not scheduled you for work and will not pay you are fired in the eyes of the law whether the boss agrees you are or not. Lawyer calls this a constructive discharge and yes you apply for unemployment benefits under these circumstance. Ms. Eddie Pratt has been not schedule for work since September 28, 2025 – duration without paid.

Ms. Eddie Pratt
11-4-2025


PRATT, EDDIE
NOT SCHEDULED
Contact your manager for approval
Exit
Manager Override
ETTER WITH BEST.

Exhibit A

Ms. Eddie Pratt

Gender Bias

7/25/25

Arlington Texas

76010

# Age Discrimination in Employment **Act of 1967**

Researchers identified 30 characteristics that women say were used against them in the workplace, including age, and pay, attractiveness and body size. These are the owner rules Mr. Jerry Jones. Everyone must look like the Cowboy Cheerleaders stander. (Best work for AT&T Stadium Security).

Hired in date 5/6/2024 social security number read terminated, rehire, and clock-in, clock-out, the issue was low priority, and it was never corrected. "Eric Setzler manager." Everyone saw one word "terminated."

As of today 7/28/25, I didn't get paid which happens frequently. Now I must go to the office to try to get paid, because of my social security Number read terminated year 2024 I didn't get paid, but they have me down as a no call and show false accusation. They didn't correct the issue because of low priority. And most of the time I was not on the schedule year of 2024. Now in 2025 the same thing is happening again the beginning of harassing Age .

Discrimination and speaking of civil rights violations. There are men who are

diabetics, and have disabilities but they are accommodated. Management Ms. Kewanna Kennedy reminds me these are male dominant jobs, but I replied, "Fairness and Equality still apply". I have never been written up nor late for work since I been at Best.

I went to fill out paperwork to retain my paycheck no one was in the office as usual. I went to the office on the 7/29/25 to give them my Dr. statement, and I check Daily pay for 7/28/35 didn't pay for that day I went home sick (Retaliation). I went into the office a week later to check my pay, (Exhibit A) Ms. Kewanna Kenndy manager said I was terminated, and she handed me two sheet paper from Garda world payroll which was fraudulent which void my unemployment.

Heat exhaustion is a condition that happens when your body Overheating Symptoms may include heavy sweating and a rapid pulse. Heat Exhaustion is one of three heat-related illnesses, with heat cramps being the mildest and heatstroke being the most serious. Causes of heat illness includes exposure to high temperatures, particularly when there is also high humidity, and strenuous physical activity. Without prompt treatment, heat exhaustion can lead to heatstroke, a life-threatening condition. I'm a Diabetic and Heart condition and the women and men some has the same condition are working inside there were no ADA accommodation for me. (Discrimination).

CASE NO. JP02-25-E00164073

VILLAGE AT JOHNSON CREEK DBA
VILLAGE AT JOHNSON CREEK

IN THE JUSTICE COURT

VS

PRECINCT TWO

EDDIE PRATT
AND ALL OCCUPANTS

TARRANT COUNTY, TEXAS

DISMISSAL

On this 17th Day Of November, 2025. upon the Court's own motion, the above styled and numbered cause shall be dismissed without prejudice due to Defendant Not Served and the Defendant(s) go hence without day.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED by the Court that this suit be dismissed without prejudice.

AND IT IS FURTHER ORDERED by the Court that execution issue in favor of the officer of court against all parties liable to them for cost incurred.

GIVEN UNDER MY HAND, SIGNED THIS 17TH DAY OF NOVEMBER, 2025.

Mary Jon Cravens Cunnett KD

Justice of the Peace, Precinct Two
Tarrant County, Texas

KD

# NOTICE TO VACATE FOR NON-PAYMENT OF RENT, UTILITIES OR OTHER SUMS FOR TDHCA-REGULATED AFFORDABLE HOUSING

Eddie Pratt

(Names of all residents)

815 Senior Creek Drive
#12107

(Street address and dwelling unit number, if applicable)

Arlington, TX, 76010

(City, State, Zip)

Re: Notice to vacate for non-payment of rent, utilities, or other sums
TAA Lease Contract between the residents named above and
Village at Johnson Creek

(owner)

Dear Resident(s):

Because you have not paid ☒ rent, ☐ allocated or submetered utilities, ☐ a utility bill for which you are responsible and/or ☒ other sums due under the lease on your dwelling unit, your rights of occupancy and possession are hereby terminated under the provisions of your lease. You are still liable for rent and other charges you may owe under the TAA Lease Contract. Details of unpaid sums due are as follows: August Rent $1061.00 September Rent $1061.00 August Late Fees $106.10 September Late Fees $106.10 Total Past Due Amount $2438.30

Demand for possession is hereby made. You are hereby given notice to vacate the dwelling on or before 11:59 p.m. on the 12 day of October, 2025. If you fail to move out by that time, we will file an eviction against you in Justice of the Peace court in compliance with applicable laws and rules. The court will then schedule a hearing to consider the facts in the case. Delay or postponement by us to take such action does not waive our rights. This notice to vacate is unconditional.

This property participates in an affordable housing program regulated by the Texas Department of Housing and Community Affairs (TDHCA) and is subject to TDHCA rules requiring us to notify you of the following:

1) You are being given this notice of lease termination because: ☐ it is the end of the agreed-to terms of our lease with you and we are choosing not to renew it, or ☐ ______.

2) You may have certain protections under the Violence Against Women Act (VAWA). If you are a victim of domestic violence, sexual assault, dating violence or stalking, you, as well as members of your family, may have protection from being denied housing or from losing housing as a consequence of domestic violence, sexual assault, dating violence or stalking.

3) If you are a person with a disability and if there is a reasonable accommodation that you would like to request in response to this notice, you have a right to do so under the Fair Housing Act;

4) ☐ (a) Our property provides the following process if you wish to appeal this notice: ______, or

☒ (b) Our property does not offer a process to appeal this notice.

If you wish to discuss this notice or you vacating the dwelling, please contact us.

09/12/2025
Date notice was given

Lisa Champion
Signature of owner's representative

Lisa Champion
Printed name

(817)226-8800
Phone number

Email address

CAUTION: New state, local or federal laws, rules or orders may impact requirements regarding content and delivery of this notice. Carefully read the commentary to this form and consider seeking legal counsel.

BEST Crowd Management, Inc. 1699 S Hanley Rd Saint Louis MO 63144 (314)644-3227

eHub Electronic Paystub 65

| Date | Location | Pay Rate | OT Rate | DT Rate | In | Out | Reg | OT | XMPT |
|---|---|---|---|---|---|---|---|---|---|
| 08/16/25 | AT&T Stadium Event S | $16.00 | | | 12:00p | 9:45p | 9.75 | | |
| Total | | | | | | | 9.75 | | |

**Earnings**

| Type | Taxable | Non Tax | YTD |
|---|---|---|---|
| Hours/Sal Pd | 156.00 | | 1,080.57 |
| Total | 156.00 | 0.00 | 1,080.57 |

**Taxes**

| Type | Taxes | YTD |
|---|---|---|
| Social Security | 9.67 | 66.99 |
| Medicare | 2.26 | 15.66 |
| Total | 11.93 | 82.65 |

**Pay Type**

Hourly

| | Current | YTD |
|---|---|---|
| Fica Taxable: | $156.00 | $1,080.57 |
| Federal Taxable: | $156.00 | $1,080.57 |

| Check Date | Pay Period | Gross Wages | Taxes | Other Deducts | Net Pay |
|---|---|---|---|---|---|
| 08/29/2025 | 08/16/25 thru 08/22/25 | $156.00 | $11.93 | $0.00 | $144.07 |

| | Employee Name | Social Sec # | Fed Exempts | Status | Check # |
|---|---|---|---|---|---|
| 399493 | Eddie Pratt | ***-**-1233 | $0 | Single | 6120805 |

**GARDAWORLD**

**PAYROLL**
**Check Number**
6120805

Date
**08/29/2025**

| Deposited to the Account of: | Account Number | Amount |
|---|---|---|
| | XXXXXXXX9924 | 144.07 |

**Eddie Pratt**
**401 Senior circle dr**
**Arlington TX 76010**

**NON NEGOTIABLE**

BEST Crowd Management, Inc 1699 S Hanley Rd Saint Louis MO 63144 [illegible]227

eHub Electronic Paystub 65

| Date | Location | Pay Rate | OT Rate | DT Rate | In | Out | Reg | OT | XMPT |
|---|---|---|---|---|---|---|---|---|---|
| 07/27/25 | AT&T Stadium Event S | $16.00 | | | 5:00a | 8:30a | 3.50 | | |
| **Total** | | | | | | | **3.50** | | |

**Earnings**

| Type | Taxable | Non Tax | YTD |
|---|---|---|---|
| Hours/Sal Pd | 56.00 | | 924.57 |
| Total | 56.00 | 0.00 | 924.57 |

**Taxes**

| Type | Taxes | YTD |
|---|---|---|
| Social Security | 3.47 | 57.32 |
| Medicare | 0.81 | 13.40 |
| Total | 4.28 | 70.72 |

**Pay Type**
Hourly

| | Current | YTD |
|---|---|---|
| Fica Taxable: | $56.00 | $924.57 |
| Federal Taxable: | $56.00 | $924.57 |

| Check Date | Pay Period | Gross Wages | Taxes | Other Deducts | Net Pay |
|---|---|---|---|---|---|
| 08/08/2025 | 07/26/25 thru 08/01/25 | $56.00 | $4.28 | $0.00 | $51.72 |

| | Employee Name | Social Sec # | Fed Exempts | Status | Check # |
|---|---|---|---|---|---|
| 399493 | Eddie Pratt | ***-**-1233 | $0 | Single | 6041978 |

GARDAWORLD

**PAYROLL**
**Check Number**
6041978

Date
**08/08/2025**

| Deposited to the Account of: | Account Number | Amount |
|---|---|---|
| | XXXXXXXX9924 | 51.72 |

**Eddie Pratt**
**401 Senior circle dr**
**Arlington TX 76010**

**NON NEGOTIABLE**

an email to Ricotta and others, alleging a hostile work environment and discrimination. Following an investigation into her claims, which found no evidence of discrimination, Davis was terminated on January 25, 2013.She subsequently filed a lawsuit claiming age discrimination and retaliation for her complaints of discrimination.

The trial court ruled in her favor regarding the retaliation claim, awarding damages. The court of appeals affirmed the judgment, leading to Apache's appeal to the Texas Supreme Court.

What is Section 21.2585 of the Texas Labor Code?

Section 21.2585 - Compensatory and Punitive Damages (a) On finding that a respondent engaged in an unlawful intentional employment practice as alleged in a complaint, a court may, as provided by this section, award: (1) compensatory damages; and (2) punitive damages. For my stress and my mental anguish, I demand $50, 000,000 dollars

Ms. Eddie Pratt

682-261-4564 or 713-249-2559
pratteddie68@yahoo.com
401 Senior Circle Dr
# 12107
Arlington Tx
76010

Eddie L Pratt

3/27/26

Best Crowd Management; # 100
a Garda World Co.
1112 Copeland Rd
Arlington Tex 76011

[signature]